THE BISCAYNE COMPANY, A FLORIDA CORPORATION, AND WILLIAM J. MATHESON, *Appellants,* v. JOHN W. MARTIN, GOVERNOR OF FLORIDA; ERNEST AMOS, COMPTROLLER OF SAID STATE; J. C. LUNING, TREASURER OF SAID STATE; J. B. JOHNSON, ATTORNEY GENERAL OF SAID STATE; NATHAN MAYO, COMMISSIONER OF AGRICULTURE OF SAID STATE, AS TRUSTEES OF THE INTERNAL IMPROVEMENT FUND OF THE STATE OF FLORIDA, AND A. O. HENDERSON, *Appellees.*

CAMPBELL, Circuit Judge:

This case is a companion case, and similar in every respect, to the case of Charles Deering *et al.* v. John W. Martin *et al.,* as Trustees of the Internal Improvement Fund of the State of Florida, and A. O. Henderson, decided at this term, wherein the decree of the court below was reversed. See 95 Fla. 116, South. Rep. 54.

Under the opinion above mentioned, the decree of the court below in this case is reversed.